EDWARD SCHROEDER v. RODNEY HITT and Others.— Motion for leave to appeal

to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.